O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK TURNER,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendant(s). | Case No. CV 10-9734-DOC (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Complaint and this action without prejudice.

DATED: October 4, 2012

                                                    HONORABLE DAVID O. CARTER
                                                    UNITED STATES DISTRICT JUDGE