O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK TURNER,<br><br>           Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>          Defendant(s). | Case No. CV 10-9734-DOC (SP)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: October 4, 2012

                                                     */s/ David O. Carter*
                                          _____
                                          HONORABLE DAVID O. CARTER
                                          UNITED STATES DISTRICT JUDGE